**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN LUIS VALTIRRA, ET AL.,<br><br>Defendants. | Case No.: 11-CR-00413 AWI DLB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for July 9, 2012 at 1:00 pm be continued to August 27, 2012 at 1:00 pm.

The reason for this request is that the parties are considering a resolution of the case and more time is necessary for the Defendants to consider the offers that have been extended. The parties also need additional time to evaluate the discovery that has been provided thus far.

It is expected that this additional time will result in the resolution of some if not all of these Defendants.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: July 5, 2012.

/s/ Mark W. Coleman

_____
MARK W. COLEMAN,
Attorney for Defendant,
Juan Valtirra

DATED: July 5, 2012

/s/ Kimberly Sanchez

_____
KIMBERLY SANCHEZ,
Assistant United States Attorney

DATED:  July 5, 2012.    /s/ Steven Crawford

_____
STEVEN CRAWFORD
Attorney for Defendant
Gamaliel Villegas

DATED:  July 5, 2012.    /s/ Peter Jones

_____
PETER JONES
Attorney for Defendant
David Olivaras-Ruiz

**O R D E R**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from July 9, 2012 to, and including, August 20, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated: July 6, 2012**             /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE