**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN LUIS VALTIRRA, ET AL.,<br><br>Defendants. | Case No.: 11-CR-00413<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for August 27, 2012 at 1:00 pm be continued to September 17, 2012 at 10:00 am, before the Honorable Anthony W. Ishii, for a Change of Plea Hearing. The continuance is requested as to Defendant Juan Luis Valtirra only.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: August 23, 2012.    NUTTALL & COLEMAN

/s/ Mark W. Coleman

_____
MARK W. COLEMAN,
Attorney for Defendant,
Juan Valtirra

DATED: August 23, 2012.

/s/ Kimberly Sanchez

KIMBERLY SANCHEZ,
Assistant United States Attorney

**O R D E R**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from August 27, 2012 to, and including, September 17, 2012, at 10:00 a.m., based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   August 24, 2012**               /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE