```
1   BENJAMIN B. WAGNER
    United States Attorney
2   KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00413 AWI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR SCHEDULING OF CHANGE |
| v. ) | OF PLEA HEARING |
| ) | |
| GAMALIEL VILLEGAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven Crawford, attorney for Gamaliel Villegas, that a status conference currently set for September 24, 2012 before the Honorable Dennis L. Beck, U.S. Magistrate Judge, at 1:00 p.m. be vacated. The parties further request that the case be set for a ///

///
///
///
///
///
///

1

change of plea before the Honorable Anthony W. Ishii, Chief U.S. District Court Judge, on Monday, October 9, 2012 at 10:00 a.m.

Dated: September 21, 2012                Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                   By    /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: September 21, 2012                /s/ Mark Coleman
                                         MARK COLEMAN
                                         Attorney for Mustafa Mitchell

IT IS SO ORDERED.

**Dated:  September 21, 2012**                   **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE